In Matter of Estate of Ulreh Vogt, Deceased. Frances Vogt, Appellee, v. Ulreh Vogt, Jr., as Administrator with Will Annexed of Estate of Ulreh Vogt, Deceased, Appellant.

### Gen. No. 46,721. (Abstract of Decision.)

First District, Third Division.

May 2, 1956.

Rehearing denied June 13, 1956.

Released for publication June 14, 1956.

Ernest Feldon, for respondent-appellant; Harold F. Ronin, of counsel; Driscoll & Cleary, for petitioner-appellee. Opinion by JUDGE KILEY. Not to be published in full.